# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CINDY PAOLA CATALAN-ORDONEZ,<br><br>Defendant | Case No.: 16CR0662-DMS<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE AND JUDGMENT** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against CINDY PAOLA CATALAN-ORDONEZ, in this case is dismissed without prejudice.

SO ORDERED.

DATED: July 29, 2016

_____
HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT COURT JUDGE